# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**LARRY LEE COOPER, JR.**                                             **PLAINTIFF**

**v.**                   **CASE NO. 4:18-CV-00007 BSM**

**T. COLLINS**                                                            **DEFENDANT**

## ORDER

The proposed findings and recommendations [Doc. No. 5] submitted by United States Magistrate Judge Jerome T. Kearney have been received. No objections have been filed. After careful review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Cooper's case is dismissed without prejudice, this dismissal constitutes a strike, and it is certified that an *in forma pauperis* appeal of this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 12th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE